### JACKSON, *ex dem.* WADSWORTH, *against* WOODWORTH.

*FOOT*, for the plaintiff, moved, in this, and several other suits by the same plaintiff, against different defendants; that the defendants pay to the plaintiff the costs of noticing and preparing the causes for trial at the last *Seneca* circuit. A rule for a commission to take the examination of witnesses residing in *Hartford*, in the state of *Connecticut*, was obtained by the defendant on the 13th of *May* last, and the interrogatories settled on the 2d of *June*, and with the commission, were forwarded the next day. There was an affidavit of merits, and of the materiality of the evidence intended to be obtained under the commission. On the 12th of *June*, 1820, the defendant's attorneys informed the plaintiff's attorney, that

*Where a rule for a commission to examine witnesses is obtained after the expiration of four days in term, after issue joined in the cause, it does not stay proceedings, unless the Court specially direct that it is to have that effect; and if the commission is obtained within the four days, it will stay the proceedings of course, though nothing is said in the rule as to its effect. It is, therefore, unnecessary to state in the rule, whether it is to operate as a stay of proceedings or not; unless by the special direction of the Court, on application for that purpose.*

ALBANY,
August, 1820.

JACKSON
v.
WOODWORTH.

it would not be possible to have the commission executed in time for the circuit, and that they should rely on the issuing of the commission, as a stay of proceedings, &c. It appeared that the suit was commenced after *January* term, 1819, and that issues were joined in these causes, on the 14th of *June*, 1819, and that they were noticed for trial at the last *Seneca* circuit, held before Mr. Justice *Van Ness*, in *June* last, when the trial was put off on motion of the defendant's counsel, the question as to the payment of the plaintiff's costs being reserved by the Judge. Nothing was said in the rule entered for the commission about its operating, or not, as a stay of proceedings.

*Per Curiam.* If a commission is obtained within the time required by the rules of the Court, that is, four days in term next after issue joined in the cause, it will stay proceedings, of course, without any thing being said to that effect in the rule. If the rule is obtained after the four days, it does not stay proceedings, unless so directed by the Court on application for that purpose. Though it may be the practice of the bar to insert in the rule, when obtained after the four days, that it is *not* to operate as a stay of proceedings, such a precaution is unnecessary, as under the rules of the Court, it could not have that effect. In the present case, the commission was moved for long after the expiration of the four days; and the defendants must pay the costs of putting off the cause at the last circuit.

                                   Motion granted.